IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                 Case No. 6:15-cr-60037-001

ALICIA BUCY                                                          DEFENDANT

## ORDER

Before the Court is Defendant Alicia Bucy's Motion for Early Termination of Supervised Release.  (ECF No. 68).

On February 9, 2017, the Court sentenced Defendant to eighty-seven (87) months imprisonment and three (3) years of supervised release for Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a) and 846.  Defendant began her term of supervised release on May 18, 2022.

In the instant motion, Defendant seeks to have the Court end her current term of supervised release.  Defendant cites her abstention from drug use and the productive lifestyle she has maintained.  Defendant has served approximately eighteen (18) months of her supervised release term of thirty-six (36) months.

The United States Probation Office ("USPO") provided the Court with its assessment of Defendant's request.  The USPO notes that Defendant has maintained adequate compliance with the conditions of supervised release, maintained a stable residence, and remained mostly drug free since her release from federal custody.  The USPO further notes that Defendant does not appear to be a risk to the community.  The USPO concludes that Defendant meets a sufficient level of compliance with the statutory requirements for release and does not oppose early termination of Defendant's supervised release.  The government has not responded in opposition to Defendant's

request for release from supervision.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. *See id*. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of a defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 68) should be and hereby is **GRANTED** based upon Defendant's good conduct, sufficient adherence to the terms of her supervised release, and the interests of justice. Defendant Alicia Bucy's term of supervised release is hereby **terminated**.

**IT IS SO ORDERED**, this 30th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge